

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

BARBARA D. UNDERWOOD  
SOLICITOR GENERAL

**By CM/ECF**

January 12, 2015

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *Thea v. Kleinhandler*, No. 14-3201

Dear Ms. Wolfe:

    I represent Appellee Eric T. Schneiderman, Attorney General of the State of New York, in this appeal, which not yet been scheduled for argument.

    On December 9, 2014, I submitted an oral argument statement indicating that I would be unavailable for argument from February 13–17 and March 18–20. (ECF No. 49.) In addition to those dates, I am now also unavailable from March 13–17 and March 23–24. I will be unavailable during those dates due to a combination of out-of-state travel and an oral argument in the New York Court of Appeals in Albany on an unrelated appeal. I would very much appreciate your not scheduling oral argument in this case during those dates.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ Jason Harrow
    Assistant Solicitor General
    (212) 416-8025
    jason.harrow@ag.ny.gov

cc:    All counsel